### RINZLER et al. v. HUNTER.

ALMAND, Justice. The exception here is to an order granting an interlocutory injunction, on the petition of Mrs. Betty W. Hunter, as the owner of an improved lot of real estate, against Joseph Rinzler and another, the owners of an adjoining and higher lot, alleging that the defendants were maintaining a continuing nuisance on their lot by increasing the flow of surface waters on their lot by artificial means, to the injury of her property. The pleadings are essentially the same as in the case of *Rinzler* v. *Folsom,* ante, and the evidence adduced at the hearing is the same as in the *Folsom* case. The rulings there

made are controlling here. *Held:* It was not error to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Atkinson, P. J. and Wyatt, J., not participating; and Head, J., disqualified.*

No. 18049. SUBMITTED JANUARY 15, 1953—DECIDED FEBRUARY 9, 1953— REHEARING DENIED FEBRUARY 25, 1953.

*B. Hugh Burgess* and *James M. Roberts*, for plaintiffs in error.
*Camp & Camp, Ben J. Camp, John Wesley Weekes,* and *Weekes & Candler*, contra.